IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joshua E. Collins, :
:
    Petitioner(s), :
: Case Number: 1:17cv48
vs. :
: Judge Susan J. Dlott
Warden, Chillicothe Correctional Institution, :
:
    Respondent(s). :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on January 26, 2018 (Doc. 14), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 9, 2018, hereby

ADOPTS said Report and Recommendation.

Petitioner received the Report and Recommendation at the institution on January 30, 2018

and refused to accept the mail.

Accordingly, petitioner's motion to expand the record (Doc. 13) is DENIED without

prejudice subject to refiling if and when appropriate. The Clerk of Court is DIRECTED to return

the four compact disks received with the motion to petitioner.

IT IS SO ORDERED.

Susan J. Dlott

Judge Susan J. Dlott
United States District Court